STACEY P. GEIS, CA Bar No. 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2000 • F: 415.217.2040
E: sgeis@earthjustice.org

EVE C. GARTNER*, NY Registration No. 2332609
Earthjustice
48 Wall St., 19th Floor
New York, NY 10005
T: (212) 845-7381• F: (212) 918-1556
E: egartner@earthjustice.org
* Admitted *pro hac vice*

VIRGINIA RUIZ, CA Bar No. 194986
Farmworker Justice
1126 – 16th Street, N.W., Suite 270
Washington, D.C. 20036
T: (202) 293-5420 – F: (202) 293-5427
E: vruiz@farmworkerjustice.org

*Counsel for Plaintiffs Pineros Y Campesinos Unidos Del Noroeste,
United Farm Workers, Farmworker Association of Florida,
and Pesticide Action Network North America*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, UNITED FARM WORKERS, FARMWORKER ASSOCIATION OF FLORIDA, and PESTICIDE ACTION NETWORK NORTH AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>E. SCOTT PRUITT, in his official capacity as Administrator of the U.S. Environmental Protection Agency; and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No: 3:17-cv-03434 JSW<br><br>**PLAINTIFFS' RESPONSE TO NOTICE OF RELATED ADMINISTRATIVE ACTION** |

1

On December 14, 2017, after briefing for Plaintiffs' summary judgment motion had concluded, EPA filed a Notice of Related Administrative Action ("Notice"). The Notice concerns an administrative notice EPA published on December 13, 2017 on its website informing the public and relevant stakeholders that EPA "has initiated a rulemaking process to revise minimum age requirements in the Certification of Pesticide Applicator rule." Doc. No. 37-1. The December 13 notice also "clarified" that EPA has "no plans to change" the implementation dates set forth in the original rule published on January 4, 2017. Doc. No. 37 at 2.

EPA does not indicate how this new announcement to revisit substantive aspects of the Pesticide Rule affects Plaintiffs' standing in this case or any other aspects regarding the merits of Plaintiffs' challenge and it would be hard pressed to do so. This announcement, including EPA stating there are suddenly now no plans to delay compliance deadlines, despite representing otherwise in published notices and stakeholder meetings, has no impact on the merits of Plaintiffs' claims, especially given the announcement occurred after the unlawful acts occurred. It also does not impact Plaintiffs' standing because the announcement does not alter Plaintiffs' procedural or substantive injuries in this case. It certainly has no effect on Plaintiffs' procedural injury resulting from EPA's admitted failure to comply with both APA and FIFRA rulemaking requirements relating to notice, public comment, and consultation requirements when EPA suspended the Pesticide Rule's effective date. The announcement also does not impact Plaintiffs' substantive injuries as the intended impact of delaying the Pesticide Rule has been realized and will continue unabated – indeed, the recent notice will likely only exacerbate the injury. First, as noted in the declarations submitted with Plaintiffs' Reply, *see* Doc. No. 35-1 & 35-2, neither States nor EPA has undertaken efforts over the past eleven months to meet the current compliance deadlines given the delays in the effective date and express statements from EPA both in the Federal Register and in a public meeting that compliance deadlines would be delayed as well. *See* Doc. No. 35 at 9. As a result, regardless of EPA's sudden about face, it is highly unlikely that States can now turn on a dime to comply with the original compliance deadline, especially given that the States have always made it clear they would need the full

three years to submit any plans. 82 Fed. Reg. 1023-1024 (Jan. 4, 2017).  Second, States understandably will hesitate to expend resources to comply with a rule that continues to change, including newly noticed EPA plans to undertake substantive revisions.  Consequently, Plaintiffs' harm from the delays, articulated in the briefs, continues unabated.

                                                Respectfully submitted,

DATED:  December 19, 2017           /s/ Stacey P. Geis
                                                STACEY P. GEIS
                                                EVE GARTNER
                                                Earthjustice

                                                VIRGINIA RUIZ
                                                Farmworker Justice

                                                *Counsel for Plaintiffs*