UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>E. SCOTT PRUITT, et al.,<br><br>    Defendants. | Case No. 17-cv-03434-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiffs Pineros Y Campesinos Unidos Del Noroeste, United Farm Workers, Farmworkers Association of Florida, California Rural Legal Assistance Foundation, and Pesticide Action Network North America's motion for summary judgment, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendants.

**IT IS SO ORDERED.**

Dated: March 21, 2018

_____
JEFFREY S. WHITE
United States District Judge