| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | BILL OF COSTS Please follow the instructions on page 3 when completing this form. | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐  NO ☐ |
|---|---|---|
| 1. CASE NAME Pineros Y Campesinos Unidos del Noroeste, et al. v. US EPA | 2. CASE NUMBER 17-3434 | 3. DATE JUDGMENT ENTERED 3/21/18 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED US EPA |
| 5. NAME OF CLAIMING PARTY Pineros Y Campesinos Unidos del Noroeste, et al. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Stacey P. Geis | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE (415) 217-2000; sgeis@earthjustice.org |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:   (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $400 | Filing fee receipt. | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | | | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | | | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $ 400.00 | | $ 0.00 | $ 0.00 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party:
SIGNATURE: [signature]   DATE: 4.3.18

**11.** Costs are taxed in the amount of              and included in the judgment.
Susan Y. Soong
Clerk of Court
BY:              , Deputy Clerk   DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $ 0.00 |

# Rikki Weber

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Wednesday, June 14, 2017 10:19 AM |
| To: | Rikki Weber |
| Subject: | Pay.gov Payment Confirmation: CAND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 2631T6CD
Agency Tracking ID: 0971-11469816
Transaction Type: Sale
Transaction Date: Jun 14, 2017 1:18:40 PM

Account Holder Name: Stacey Geis, Earthjustice Transaction Amount: $400.00 Card Type: Visa Card Number: ************5193

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

*CPA Rule Delay*
*3428-01*

1