STACEY P. GEIS, CA Bar No. 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2000 • F: 415.217.2040
E: sgeis@earthjustice.org

EVE C. GARTNER*, NY Registration No. 2332609
Earthjustice
48 Wall St., 19th Floor
New York, NY 10005
T: (212) 845-7381• F: (212) 918-1556
E: egartner@earthjustice.org
* Admitted *pro hac vice*

VIRGINIA RUIZ, CA Bar No. 194986
Farmworker Justice
1126 16th Street, N.W., Suite 270
Washington, D.C. 20036
T: 202.293.5420 • F: 202.293.5427
E: vruiz@farmworkerjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, UNITED FARM WORKERS, FARMWORKER ASSOCIATION OF FLORIDA, CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION, and PESTICIDE ACTION NETWORK NORTH AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>E. SCOTT PRUITT, in his official capacity as Administrator of the U.S. Environmental Protection Agency; and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No: 4:17-cv-03434 JSW<br><br>**DECLARATION OF PESTICIDE ACTION NETWORK (PAN) IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Kristin Schafer, hereby declare as follows:

1. I am the Executive Director at Pesticide Action Network (PAN), one of the plaintiff organizations that brought the above-captioned case. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs, submitted herewith. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. When this lawsuit was filed in June 2017, and as of the date of this declaration, PAN was a 28 U.S.C. § 501(c)(3) tax-exempt organization, with approximately 16 employees. The same was true when our Ninth Circuit petitions challenging the rule delays were filed in May and July 2017.

3. PAN retained Earthjustice to represent it in this litigation, because Earthjustice attorneys have demonstrated skill and distinctive knowledge in the area of environmental and administrative law.

4. I am familiar with Earthjustice and its attorneys and know that they have a reputation for providing excellent representation in complex environmental and administrative law cases. In my experience, no similarly qualified attorneys would have agreed to undertake this case at the EAJA statutory rate of $196.79, which is far below prevailing market rates for legal services in California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated:__June 18, 2018_____            _____
                                         Kristin S. Schafer, Executive Director