STACEY P. GEIS, CA Bar No. 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2000 • F: 415.217.2040
E: sgeis@earthjustice.org

EVE C. GARTNER*, NY Registration No. 2332609
Earthjustice
48 Wall St., 19th Floor
New York, NY 10005
T: (212) 845-7381• F: (212) 918-1556
E: egartner@earthjustice.org
* Admitted *pro hac vice*

VIRGINIA RUIZ, CA Bar No. 194986
Farmworker Justice
1126 16th Street, N.W., Suite 270
Washington, D.C. 20036
T: 202.293.5420 • F: 202.293.5427
E: vruiz@farmworkerjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, UNITED FARM WORKERS, FARMWORKER ASSOCIATION OF FLORIDA, CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION, and PESTICIDE ACTION NETWORK NORTH AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>E. SCOTT PRUITT, in his official capacity as Administrator of the U.S. Environmental Protection Agency; and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No: 4:17-cv-03434 JSW<br><br>**DECLARATION OF Ramon Ramirez IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Page 1 – [Name] Declaration in Support of Motion for Attorneys' Fees and Costs, Case No. 4:17-cv-03434-JSW

I, Ramon Ramirez, hereby declare as follows:

1. I am the President of the board of director of PCUN, one of the plaintiff organizations that brought the above-captioned case. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs, submitted herewith. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. When this lawsuit was filed in June 2017, and as of the date of this declaration, PCUN had 22 employees at the end of the year 2017. PCUN net worth at the end of 2017 was $40,442.00. The same was true when our Ninth Circuit petitions challenging the rule delays were filed in May and July 2017.

3. PCUN retained Earthjustice to represent it in this litigation, because Earthjustice attorneys have demonstrated skill and distinctive knowledge in the area of environmental and administrative law.

4. I am familiar with Earthjustice and its attorneys and know that they have a reputation for providing excellent representation in complex environmental and administrative law cases. In my experience, no similarly qualified attorneys would have agreed to undertake this case at the EAJA statutory rate of $196.79, which is far below prevailing market rates for legal services in California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: 06/18/2018

_____
Ramon Ramirez

Page 3 – [Name] Declaration in Support of Motion for Attorneys' Fees and Costs, Case No. 4:17-cv-03434-JSW