STACEY P. GEIS, CA Bar No. 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: 415.217.2000 • F: 415.217.2040
E: sgeis@earthjustice.org

EVE C. GARTNER*, NY Registration No. 2332609
Earthjustice
48 Wall St., 19th Floor
New York, NY 10005
T: (212) 845-7381• F: (212) 918-1556
E: egartner@earthjustice.org
* Admitted *pro hac vice*

VIRGINIA RUIZ, CA Bar No. 194986
Farmworker Justice
1126 16th Street, N.W., Suite 270
Washington, D.C. 20036
T: 202.293.5420 • F: 202.293.5427
E: vruiz@farmworkerjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, UNITED FARM WORKERS, FARMWORKER ASSOCIATION OF FLORIDA, CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION, and PESTICIDE ACTION NETWORK NORTH AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>E. SCOTT PRUITT, in his official capacity as Administrator of the U.S. Environmental Protection Agency; and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No: 4:17-cv-03434 JSW<br><br>**DECLARATION OF EUGENIA ECONOMOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Page 1 – Eugenia Economos Declaration in Support of Motion for Attorneys' Fees and Costs, Case No. 4:17-cv-03434-JSW

I, Eugenia Economos, hereby declare as follows:

1. I am the Pesticide Safety and Environmental Health Project Coordinator at Farmworker Association of Florida, one of the plaintiff organizations that brought the above-captioned case. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs, submitted herewith. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. When this lawsuit was filed in June 2017, and as of the date of this declaration, Farmworker Association of Florida was a 28 U.S.C. § 501(c)(3) tax-exempt organization, with approximately 32 employees (18 full time and 14 part time). The same was true when our Ninth Circuit petitions challenging the rule delays were filed in May and July 2017.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: 6/18/2018                              *Eugenia Economos* (signature)